1  EDMUND G. BROWN JR.
   Attorney General of California
2  CONSTANCE L. LELOUIS
   Supervising Deputy Attorney General
3  TAMAR PACHTER
   Deputy Attorney General
4  State Bar No. 146083
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5970
6   Fax:  (415) 703-1234
    E-mail:  Tamar.Pachter@doj.ca.gov
7  *Attorneys for Defendants the Hon. Charles McCoy
   and John A. Clarke*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                              WESTERN DIVISION

12

| 13  **SANTIAGO IBARRA RIVERA, individually and as class representative,,** | 2:10-cv-01861-PSG-DTB |
|---|---|
| 14 | **NOTICE OF RELATED CASE (Local Rule 83-1.3)** |
| 15                                         Plaintiff, | |
| 16               v. | |
| 17 | Judge:  The Hon. Philip S. Gutierrez<br>Trial Date:  None set<br>Action Filed: March 15, 2010 |
| 18  **COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SAN BERNADINO; SAN BERNADINO COUNTY SHERIFF'S DEPARTMENT; CHARLES McCOY, PRESIDING JUDGE OF THE LOS ANGELES SUPERIOR COURT (in his official capacity only); JOHN A. CLARKE, EXECUTIVE OFFICER OF THE LOS ANGELES SUPERIOR COURT (in his official capacity only); and DOES 1 through 10, both their personal and official capacities,,** | |
| 25                                         Defendants. | |

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Charles McCoy, Presiding Judge of the Superior Court of California, County of Los Angeles, and John A. Clark, Executive Officer of the Superior Court of California, County of Los Angeles, by and through their counsel of record file this Notice of Related Case pursuant to Local Rule 83-1.3.

This case is related to another case pending in this court, styled *Kelvin Gant, et al. v. County of Los Angeles, et al.*, Case Number CV 08-05756 GAF (PJWx), because they call for determination of the same or substantially related or similar questions of law and fact. Local Rule 83-1.3.1(b). Both cases are civil rights actions brought on behalf of a putative class each member of which was arrested because he or she was mistaken for a person for whom an arrest warrant was outstanding. Both cases contend that federal law requires state law enforcement authorities to include certain unique identifying information in arrest warrants to prevent such mistaken identity arrests. Plaintiffs in both cases are represented by the same counsel, and many of the defendants are the same.

The Honorable Gary Allen Feess has presided over the *Gant* case since 2008, and has issued three lengthy orders resolving dispositive legal issues that are identical to legal issues likely to be raised in this case (see Doc. # 67, #94, #108), including, *inter alia*:

- Eleventh Amendment immunity of the state court officers;
- the judicial immunity of the state court officers;
- the ability of the plaintiff to state a cognizable claim for violation of the Fourth or Fourteenth Amendments to the Constitution based on the failure of law enforcement authorities to include the best available identifying information in an arrest warrant, and to amend the warrant to prevent mistaken identity arrests;
- the ability of a plaintiff who has received judicial clearance for a warrant to meet standing and case or controversy requirements

1 | necessary to assert federal jurisdiction over claims for injunctive
2 | relief.
3 | This case is essentially the *Gant* case recast in light of Judge Feess's rulings.
4 | For the forgoing reasons, this case qualifies for a related case transfer.

Dated:  April 29, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General


*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendants the Hon.
Charles McCoy and John A. Clarke*

SA2010100968
40453474.doc

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Santiago Ibarra Rivera v. County of Los Angeles, et al.**

No.:   **2:10-cv-01861-PSG-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 29, 2010</u>, I served the attached

## NOTICE OF RELATED CASE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Donald W. Cook, Esq.
Attorney for Plaintiff
Mann & Cook
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 29, 2010, at San Francisco, California.

|  A. Murillo  |  /s/ A. Murillo  |
|:---:|:---:|
| Declarant | Signature |

SA2010100968
40453764.doc