PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SCOTT E. CARON, State Bar No. 227871
scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

E-FILED 07/12/11
term 89/100
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO IBARRA RIVERA, Individually and as class representative<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 10-01861 PSG (DTBx)<br><br>Honorable Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, CLAUS HARTLEBEN, WENDI BEATON, AND JUSTIN LONG** |

On June 27, 2011 the Motions for Summary Adjudication of Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, which sought adjudication of all claims asserted by Plaintiff SANTIAGO RIVERA for false arrest/imprisonment, Civil Code § 52.1,

//

//

and violation of Fourth and Fourteenth Amendment rights under 42 U.S.C. § 1983, came on regularly for hearing in Courtroom 880 of this Court, the Honorable Philip S. Gutierrez, District Judge, presiding. On July 5, 2011, after full consideration of the argument of counsel and the briefs and declarations submitted in support of and in opposition to the Motions for Summary Adjudication, the Court GRANTED both motions in their entirety on grounds that Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT did not violate Plaintiff's Fourth or Fourteenth Amendment rights.

Accordingly, because the Court has summarily adjudicated all claims asserted by Plaintiff SANTIAGO RIVERA in favor of the entity Defendants, and because the Court's July 5, 2011 order renders Plaintiff's claims for violation of Fourth and Fourteenth Amendment rights against individual defendants CLAUS HARTLEBEN, WENDI BEATON, and JUSTIN LONG moot, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Judgment shall be entered in favor of Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, CLAUS HARTLEBEN, WENDI BEATON, and JUSTIN LONG and against Plaintiff SANTIAGO RIVERA;

2. Plaintiff SANTIAGO RIVERA shall recover nothing by way of his claims against Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, CLAUS HARTLEBEN, WENDI BEATON, and JUSTIN LONG; and

3. Defendants COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, SAN

BERNARDINO COUNTY SHERIFF'S DEPARTMENT, CLAUS HARTLEBEN, WENDI BEATON, and JUSTIN LONG shall be entitled to costs of suit incurred herein.

DATED: 07/11/11          PHILIP S. GUTIERREZ
                         HONORABLE PHILIP S. GUTIEREZ
                         United States District Judge

Respectfully Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC


By  /s/ Scott E. Caron
      Scott E. Caron
Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES SHERIFF'S DEPARTMENT